IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD DUNCAN, : | |
| Plaintiff, : | |
| vs. : | |
| : | Case No. 2: 13-CV-1157 |
| SECRETARY OF STATE JON A. HUSTED : | JUDGE MARBLEY |
| Defendants. : | |

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **Wednesday, January 28, 2015,** beginning at **2:30 p.m.** The Court will initiate the phone conference, Trial Counsel for the respective parties are to be available by telephone.

During the Telephone Status Conference, the Court will address the issues related to scheduling , along with any other issues necessary for a speedy and just resolution of the pending action. This Order supersedes any prior orders setting a status conference. The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

                                                        s/Algenon L. Marbley
                                               **UNITED STATES DISTRICT COURT**

**DATE: January 21, 2015**