United States District Court
Southern District of Ohio

**Related Case Memorandum**
**Civil Cases**

TO: Chief Judge Marbley, Judge Watson and Magistrate Judge Deavers

FROM: Eduardo Rivera, Deputy Clerk

DATE: 5/7/2020

SUBJECT: Case Caption: Richard Duncan v. Frank LaRose et al

CASE: Case Number: 2:20-cv-2295

DISTRICT JUDGE: Judge Watson / Magistrate Judge Deavers

File Date: 5/6/2020

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Richard Duncan v. Jon A. Husted**

Case Number: **2:13-cv-1157**    District Judge: **Marbley**

File Date: **11/18/2013**    Magistrate Judge: **Kemp**

**Related Case(s):**

Case Caption:

Case Number:    District Judge:

File Date:    Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Eduardo Rivera** as follows:

**Judges' Response:**

[x] We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

[ ] We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

[ ] We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

[ ] We are unable to agree and will accept any decision made by the Chief Judge.

[ ] I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

[ ] I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

[ ] Other Direction of Judge: _____

United States District Judge

/s/Michael H. Watson
United States District Judge

United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*